UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
        Plaintiff,

v().                                                Case No. 5:22-CR-1817 MIS

RICK JAMES URQUIDES,
        Defendant.

### NOTICE OF SENTENCE REDUCTION ELIGIBILITY REVIEW
### UNDER GUIDELINE AMENDMENT 821

Mr. Urquides has filed a pro se motion for sentence reduction under United States Sentencing Guidelines Amendment 821 (2023) [Doc.46].  Pursuant to Administrative Order No. 23-MC-00004-22, the Federal Public Defender hereby notifies the Court and the relevant parties, that Mr. Urquides' case has been reviewed for sentence reduction eligibility under that Amendment.  The Federal Public Defender will not file a motion requesting a sentence reduction for Mr. Urquides.

                                            Respectfully submitted,

                                            FEDERAL PUBLIC DEFENDER
                                            111 Lomas Blvd., NW, Suite 501
                                            Albuquerque, NM 87102
                                            (505)346-2489

*Electronically filed on 2/6/2024.*

                                            *s/J.K. Theodosia Johnson*
                                            J.K. Theodosia Johnson
                                            Assistant Federal Public Defender
                                            Theodosia_johnson@fd.org